UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ilmi I., | Case No. 25-CV-2272 (PJS/DJF) |
| Petitioner, | |
| v. | ORDER |
| ICE, | |
| Respondent. | |

The Court has received the June 27, 2025, Report and Recommendation ("R&R") of United States Magistrate Judge Dulce J. Foster. ECF No. 4. No party has objected to the Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, the Court adopts the R&R.

ORDER

Based on the foregoing, and on all the files, records, and proceedings herein, the Court ADOPTS the R&R [ECF No. 4]. IT IS HEREBY ORDERED THAT:

1. The Petition for a Writ of Habeas Corpus of Ilmi I. [ECF No. 1] is DENIED for failure to prosecute; and

2. This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

2

Dated: July 28, 2025                     /s/ Patrick J. Schiltz
                                         Patrick J. Schiltz, Chief Judge
                                         United States District Court

CASE 0:25-cv-02272-PJS-DJF   Doc. 5   Filed 07/28/25   Page 2 of 2